# United States District Court
## For The Western District of North Carolina
## Statesville Division

5:11CV39

BOBBY R. McLEAN,

   Plaintiff(s),      JUDGMENT IN A CIVIL CASE

vs.

DOC MEDICAL; (FNU) DAWKINS,
PHYSICIAN, ALEXANDER CORRECTIONAL
INSTITUTION; (FNU) FORTMER, HEAD NURSE,
ACI; KEITH WITENER, ADMINISTRATOR, ACI;
AND RICHARD THOMAS, ASSISTANT SUPT.
OF CUSTODY, ACI,

   Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2011 Order.

Signed: December 5, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court